1  Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
   THE MILLS LAW FIRM
2  145 Marina Boulevard
   San Rafael, California 94901
3  Telephone:    (415) 455-1326
   Facsimile:    (415) 455-1327
4
   [Additional counsel listed on signature page]
5

6

7  *Counsel for Plaintiffs and the Proposed Class*

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9  _____
                                            )
10                                          )
   ART'S TV & APPLIANCE, on behalf of itself )
11 and all others similarly situated,       )   Case No. 3:07-cv-06416-JCS
                                            )
12            Plaintiff,                     )
                                            )
13     v.                                    )   **NOTICE OF RELATED CASES**
                                            )
14 CHUNGHWA PICTURE TUBES, LTD.,            )   **Local Rule 3-13**
   CHUNGHWA PICTURE TUBES                    )
15 (MALAYSIA) SDN. BHD., HITACHI, LTD.,     )
   HITACHI AMERICA, LTD., HITACHI ASIA,     )
16 LTD., IRICO GROUP CORP., IRICO DISPLAY   )
   DEVICES CO., LTD., LG ELECTRONICS, INC., )
17 MATSUSHITA ELECTRIC INDUSTRIAL CO,       )
   LTD., PANASONIC CORPORATION OF           )
18 NORTH AMERICA, ORION ELECTRIC CO.,       )
   LTD., ORION AMERICA, INC.,               )
19 KONINKLIJKE PHILIPS ELECTRONICS N.V.,    )
   PHILIPS ELECTRONICS NORTH                )
20 AMERICA, SAMSUNG SDI CO., LTD.,          )
   SAMSUNG SDI AMERICA, INC., SAMTEL        )
21 COLOR, LTD., THAI CRT COMPANY, LTD.,     )
   TOSHIBA CORPORATION, BEIJING-            )
22 MATSUSHITA COLOR CRT COMPANY, LTD.,      )
   LP DISPLAYS INTERNATIONAL, LTD. and      )
23 MATSUSHITA TOSHIBA PICTURE DISPLAY       )
   CO., LTD.                                )
24            Defendants.                    )
   _____)
25

26

27

28

- 1 -                    NOTICE OF RELATED CASES

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, Plaintiff Art's TV & Appliance hereby provides notice that present case involves all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in this District (and therefore, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the following pending actions filed in this District are conducted before different Judges):

1.   *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-05944-SC

2.   *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-05981-SC

3.   *Juetten et al v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-06225-JL

4.   *Hawel v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-06279-EMC

5.   *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303-SC

6.   *Figone v. LG Electronics, Inc., et al.*, Case No. 3:07-cv-06331-MMC

The present case also appears to involve all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in other Districts:

1.   *Princeton Display Technologies, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, 2:07-cv-5713 (D.N.J.)

2.   *Arch Electronics, Inc. v. LG Electronics, Inc., et al.*, Case No. 1:07-cv-10664 (S.D.N.Y.)

3.   *Meijer, Inc., et al.* v. LG Electronics, Inc. et al Case No. 1:07-cv-10674 (S.D.N.Y.)

4.   *Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 1:07-cv-11203 (S.D.N.Y.)

5.   Wettstein and Sons, Inc. v. *Chunghwa Picture Tubes, Ltd., et al.*, Case No.0:07-cv-04889 (D. Minn.)

- 2 -                    NOTICE OF RELATED CASES

1    Dated:  December 21, 2007         Respectfully submitted,

2

3

4

                              By: /s/ Harry Shulman

5                                 Harry Shulman, Esq.  (209908)
                                THE MILLS LAW FIRM

6                                 145 Marina Boulevard
                                San Rafael, California 94901

7                                 Telephone:    (415) 455-1326
                                Facsimile:     (415) 455-1327

8                                 harry@themillslawfirm.com

9                                 Steven A. Kanner
                                Douglas A. Millen

10                                 Robert J. Wozniak
                                **FREED KANNER LONDON &**

11                                 **MILLEN LLC**
                                2201 Waukegan Road, Suite 130

12                                 Bannockburn, IL 60015
                                Telephone:  (224) 632-4500

13                                 Facsimile:  (224) 632-4521

14                                 skanner@fklmlaw.com; dmillen@fklmlaw.com;
                                rwozniak@fklmlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES