1  Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
   THE MILLS LAW FIRM
2  145 Marina Boulevard
   San Rafael, California 94901
3  Telephone:      (415) 455-1326
   Facsimile:      (415) 455-1327
4
   [Additional counsel listed on signature page]
5

6  *Counsel for Plaintiffs and the Proposed Class*

7
                   **UNITED STATES DISTRICT COURT**
8                  **NORTHERN DISTRICT OF CALIFORNIA**

9

10 _____
                                          )
                                          )
11 ART'S TV & APPLIANCE, on behalf of itself )
   and all others similarly situated,     )   Case No. 3:07-cv-6416-JCS
12                                         )
                                          )
13            Plaintiff,                   )
       v.                                  )   **NOTICE OF LODGING OF**
14                                         )   **ADMINISTRATIVE MOTION TO**
   CHUNGHWA PICTURE TUBES, LTD.,          )   **CONSIDER WHETHER CASES**
15 CHUNGHWA PICTURE TUBES                 )   **SHOULD BE RELATED**
   (MALAYSIA) SDN. BHD., HITACHI, LTD.,   )
16 HITACHI AMERICA, LTD., HITACHI ASIA,   )
   LTD., IRICO GROUP CORP., IRICO DISPLAY )
17 DEVICES CO., LTD., LG ELECTRONICS, INC., )
   MATSUSHITA ELECTRIC INDUSTRIAL CO,     )
18 LTD., PANASONIC CORPORATION OF          )
   NORTH AMERICA, ORION ELECTRIC CO.,     )
19 LTD., ORION AMERICA, INC.,              )
   KONINKLIJKE PHILIPS ELECTRONICS N.V., )
20 PHILIPS ELECTRONICS NORTH               )
   AMERICA, SAMSUNG SDI CO., LTD.,        )
21 SAMSUNG SDI AMERICA, INC., SAMTEL      )
   COLOR, LTD., THAI CRT COMPANY, LTD.,   )
22 TOSHIBA CORPORATION, BEIJING-           )
   MATSUSHITA COLOR CRT COMPANY, LTD., )
23 LP DISPLAYS INTERNATIONAL, LTD. and    )
   MATSUSHITA TOSHIBA PICTURE DISPLAY     )
24 CO., LTD.                               )
              Defendants.                  )
25 _____)

26

27

28

NOTICE OF LODGING OF                                                  - 1 -
ADMINISTRATIVE MOTION
TO RELATE CASES

1   **TO THE COURT AND ALL PARTIES:**

2   PLEASE TAKE NOTICE that Plaintiff Art's TV & Appliance, pursuant to L.R. 12(b) and as defined by L.R. 1-5(m), hereby lodges with the Court copies of the following documents, filed January 3, 2007 in *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-5944-SC.

   1. Administrative Motion to Consider Whether Cases Should Be Related.

   2. Declaration of Harry Shulman in Support of Administrative Motion to Consider Whether Cases Should Be Related (excluding Exhibit A, which is a copy of the complaint filed in this docket on December 19, 2007).

   3. [Proposed] Order Relating Cases.

Dated: January 4, 2007                    Respectfully submitted,

                              By:   /s/ Harry Shulman
                                    Harry Shulman, Esq.  (209908)
                                    THE MILLS LAW FIRM
                                    145 Marina Boulevard
                                    San Rafael, California 94901
                                    Telephone:   (415) 455-1326
                                    Facsimile:   (415) 455-1327
                                    harry@themillslawfirm.com

                                    Steven A. Kanner (*pro hac vice* forthcoming)
                                    Douglas A. Millen (*pro hac vice* forthcoming)
                                    Robert J. Wozniak (*pro hac vice* forthcoming)
                                    **FREED KANNER LONDON &
                                    MILLEN LLC**
                                    2201 Waukegan Road, Suite 130
                                    Bannockburn, IL 60015
                                    Telephone: (224) 632-4500
                                    Facsimile: (224) 632-4521
                                    skanner@fklmlaw.com; dmillen@fklmlaw.com;
                                    rwozniak@fklmlaw.com