1  Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
   THE MILLS LAW FIRM
2  145 Marina Boulevard
   San Rafael, California 94901
3  Telephone:     (415) 455-1326
   Facsimile:      (415) 455-1327
4
   [Additional counsel listed on signature page]
5

6  *Counsel for Plaintiffs and the Proposed Class*

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9

10 _____
                                           )
11 CRAGO, INC., on behalf of itself and all others   )   Case No. 3:07-cv-5944-SC
   similary situated,                      )
12                                         )
                                           )   **ADMINISTRATIVE MOTION**
13               Plaintiff,                )   **TO CONSIDER WHETHER**
                                           )   **CASES SHOULD BE RELATED**
14       v.                                )
                                           )
15 CHUNGHWA PICTURE TUBES, LTD., *et al.*, )
                                           )
16               Defendants.               )
17 _____)
                                           )
18 THIS DOCUMENT RELATES TO:               )
                                           )
19 ART'S TV & APPLIANCE, on behalf of itself )
   and all others similarly situated,      )
20                                         )
                                           )
21               Plaintiff,                )
         v.                                )
22                                         )
   CHUNGHWA PICTURE TUBES, LTD., *et al.*, )
23                                         )
                 Defendants.               )
24                                         )
                                           )
25 Case No. 3:07-cv-6416-JCS               )
   _____)
26

27

28
   ADMINISTRATIVE MOTION TO
   CONSIDER WHETHER CASES                                    CASE NO. 3:07-CV-5944-SC
   SHOULD BE RELATED

**TO THE COURT AND ALL PARTIES:**

Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff Art's TV & Appliance submits this administrative motion to consider whether a case filed in this District, *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd., et al.* ("*Art's TV*"), Case No. 3:07-cv-6416-JCS should be related to *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-05944-SC, presently pending before this Court. In support of this motion, Plaintiff states as follows:

**I.      Related Cases**

The related actions presently pending in this District are:

1.      *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Crago*"), Case No. 3:07-cv-05944-SC (complaint filed November 26, 2007);

2.      *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Muchnick*"), Case No. 3:07-cv-05981-SC (complaint filed November 27, 2007);

3.      *Juetten et al v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-06225-JL (complaint filed December 10, 2007);

4.      *Hawel v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-06279-EMC (complaint filed December 12, 2007);

5.      *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303-SC (complaint filed December 13, 2007);

6.      *Figone v. LG Electronics, Inc., et al.*, Case No. 3:07-cv-06331-MMC (complaint filed December 13, 2007);

7.      *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd., et al.* Case No. 3:07-cv-6416-JCS (complaint filed December 19, 2007);

8.      *Monikraft, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:07-cv-06433-SC (complaint filed December 21, 2007).

ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES                      - 2 -                    CASE NO. 3:07-CV-5944-SC
SHOULD BE RELATED

By Order dated December 5, 2007, this Court related the *Crago* and *Muchnick* actions. On December 13, 2007, Plaintiff Hawel filed an administrative motion to relate the *Hawel* action to *Crago*. On December 17, 2007, Plaintiff Figone filed an administrative motion to relate the *Figone* action to *Crago*

## II. Relationship of Actions

This motion is made on the grounds that the actions listed above involve all or a material part of the same subject matter and common defendants. Plaintiffs in each case assert claims under the Sherman Antitrust Act, 15 U.S.C. § 1, alleging that many of the same defendants violated federal antitrust law by conspiring to fix, raise, maintain or stabilize the prices of cathode ray tube products. The *Crago* case was the earliest filed case in this District to assert such claims.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the related cases are litigated before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

## II. Conclusion

The actions referred to above satisfy the criteria of Local Rule 3-12. Accordingly, Plaintiff Art's TV & Appliance respectfully requests that the *Art's TV* case be deemed related to the lower numbered action (*Crago*) and assigned to the Honorable Samuel Conti.

Dated: January 3, 2008                    Respectfully submitted,

By: /s/ Harry Shulman
Harry Shulman, Esq.  (209908)
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone:   (415) 455-1326
Facsimile:    (415) 455-1327
harry@themillslawfirm.com

ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES           - 3 -            CASE NO. 3:07-CV-5944-SC
SHOULD BE RELATED

| | |
|---|---|
| 1 | |
| 2 | Steven A. Kanner (*Pro hac vice* forthcoming) |
|   | Douglas A. Millen (*Pro hac vice* forthcoming) |
| 3 | Robert J. Wozniak (*Pro hac vice* forthcoming) |
|   | **FREED KANNER LONDON &** |
| 4 | **MILLEN LLC** |
|   | 2201 Waukegan Road, Suite 130 |
| 5 | Bannockburn, IL 60015 |
|   | Telephone: (224) 632-4500 |
| 6 | Facsimile: (224) 632-4521 |
|   | skanner@fklmlaw.com; dmillen@fklmlaw.com; |
| 7 | rwozniak@fklmlaw.com |

ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES                - 4 -                CASE NO. 3:07-CV-5944-SC
SHOULD BE RELATED