1  Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
   THE MILLS LAW FIRM
2  145 Marina Boulevard
   San Rafael, California 94901
3  Telephone:     (415) 455-1326
   Facsimile:     (415) 455-1327
4
   [Additional counsel listed on signature page]
5
6  **Counsel for Plaintiffs and the Proposed Class**
7
8               **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
9
10 _____
                                             )
11 CRAGO, INC., on behalf of itself and all others  )    Case No. 3:07-cv-5944-SC
   similary situated,                         )
12                                            )    **DECLARATION OF HARRY**
                                             )    **SHULMAN IN SUPPORT OF**
13              Plaintiff,                     )    **ADMINISTRATIVE MOTION**
                                             )    **TO CONSIDER WHETHER**
14      v.                                   )    **CASES SHOULD BE RELATED**
                                             )
15 CHUNGHWA PICTURE TUBES, LTD., *et al.*,    )
                                             )
16              Defendants.                   )
                                             )
17 _____)
                                             )
18 THIS DOCUMENT RELATES TO:                 )
                                             )
19 ART'S TV & APPLIANCE, on behalf of itself )
   and all others similarly situated,        )
20                                            )
                                             )
21              Plaintiff,                     )
        v.                                    )
22                                            )
   CHUNGHWA PICTURE TUBES, LTD., *et al.*,    )
23                                            )
                                             )
24              Defendants.                   )
                                             )
25 Case No. 3:07-cv-6416-JCS                  )
   _____)
26
27
28
   DECLARATION IN SUPPORT OF                           CASE NO. 3:07-CV-5944-SC
   ADMINISTRATIVE MOTION

I, Harry Shulman, declare as follows:

1. I am an attorney with The Mills Law Firm. I am admitted to practice before the bar of this Court and many other federal courts, as well as all state courts in California and Colorado. I am counsel for Plaintiff Art's TV & Appliance in *Art's TV & Appliance v. Chunghwa Picture Tube, Ltd., et al.*, Case No. 3:07-cv-6416-JCS. I submit this Declaration in support of Art's TV & Appliance's Administrative Motion to Consider Whether Cases Should be Related. I have personal knowledge of the matters set forth herein and can competently testify about them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint captioned *Art's TV & Appliance v. Chunghwa Picture Tube, Ltd., et al.* ("*Art's TV*"), Case No. 3:07-cv-6416-JCS, filed on December 19, 2007 in the Northern District of California and assigned to Magistrate Judge Joseph C. Spero. The *Art's TV & Appliance* case is a proposed class action on behalf of direct purchasers of cathode ray tube ("CRT") products.

3. On November 26, 2007, Plaintiff Crago, Inc. filed an action in the Northern District of California alleging a conspiracy to fix prices of CRT products, styled *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Crago*"), Case No. 3:07-cv-5944-SC. That complaint alleges violations of federal antitrust laws and is the earliest filed case in the Northern District of California alleging a conspiracy among manufacturers of CRT products.

3. By Order dated December 5, 2007, this Court related the following action to *Crago*:

> *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Muchnick*"), Case No. 3:07-cv-05981-SC

4. The *Art's TV*, *Crago* and *Muchnick* cases, as well as five other related actions pending this District, involve all or a material part of the same subject matter and common defendants. Plaintiffs in each case assert claims for violations of the Sherman Act, 15 U.S.C. § 1, against many of the same defendants.

5. Plaintiff Art's TV & Appliance has not appeared in any other related action currently pending in this District.

DECLARATION IN SUPPORT OF
ADMINISTRATIVE MOTION                     - 2 -              CASE NO. 3:07-CV-5944-SC

6.      A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because the defendants in this action are in the process of being served and therefore have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 3rd day of January, 2008 at San Rafael, California.

/s/ Harry Shulman
Harry Shulman, Esq.  (209908)
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone:      (415) 455-1326
Facsimile:      (415) 455-1327
harry@themillslawfirm.com