UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ART'S TV & APPLIANCE,

        Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD., et al.,

        Defendant(s).

No. C 07-06416 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 4 2008

Signature /s/ Harry Shulman /RJW/

Counsel for Plaintiff Art's TV & Appliance
(Plaintiff, Defendant, or indicate "pro se")